IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| CHARLIE M. DAVIS, JR. #1213505 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-04-741 |
| | § | |
| DOUG DRETKE, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, CORRECTIONS | § | |
| INSTITUTIONS DIVISION | § | |

### FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is **DISMISSED**.

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the __ day of _____, 2005.

_____
Samuel B. Kent
United States District Judge

1